

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-21-00586-CV

Hamzah **ANJUM**,
Appellant

v.

Zeenat **SHAMS-UL-QAMAR**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24053
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's brief was due by July 7, 2022. On July 5, 2022, appellee filed a pro se motion requesting an extension of time and appointment of appellate counsel. The next day, appellee filed another pro se motion requesting a sixty-day extension of time to file her brief. After consideration, we **grant** appellee's request for an extension of time and **order** her brief due **by September 6, 2022**. However, we **deny** appellee's request for the appointment of counsel. *See Aguilar v. Aguilar*, No. 02-11-00370-CV, 2012 WL 6632526, at \*3 (Tex. App.—Fort Worth Dec. 21, 2012, no pet.) (mem. op.) (recognizing no right to appointed counsel in protective order proceeding).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2022.



Michael A. Cruz,
Clerk of Court